Opinion issued June 11, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00329-CV

————————————

## IN RE JFO SOLUTIONS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator JFO Solutions, LLC filed a petition for writ of mandamus challenging the trial court's February 25, 2026 order denying Relator and SFCC Ventures, LLC's motion to designate Brittany Loyd as a responsible third party.[1] While this mandamus petition was pending, Relator notified this Court that (1) Real Party in

---

[1] The underlying case is *Jennifer Loyd v. SFCC Ventures, LLC & JFO Solutions, LLC,* cause number 2024-80104, pending in the 151st District Court of Harris County, Texas, the Honorable Erica R. Hughes presiding.

Interest Jennifer Loyd no longer opposed the motion to designate Brittany Loyd as a responsible third party and (2) Relator filed an unopposed motion with the trial court to reconsider its February 25, 2026 order. On May 14, 2026, the trial court signed an order (1) granting Relator's motion for reconsideration, (2) vacating its February 25, 2026 order, and (3) designating Brittany Loyd as a responsible third party.

Relator subsequently filed a motion with this Court to dismiss its mandamus petition as moot. Because the trial court vacated the challenged order and Relator received the relief requested in the mandamus petition, we grant Relator's motion and dismiss the petition as moot. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.